# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-0231
Lower Tribunal No. 2007-CF-3186

———————————————

CURTIS STRAHLMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tanya Davis Wilson, Judge.

April 14, 2026

PER CURIAM.

   AFFIRMED.

WOZNIAK, MIZE and PRATT, JJ., concur.


Curtis Strahlman, Avon Park, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED